# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

(Argued October 30, 2000 - Decided September 21, 2001)

October 12, 2001

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| No. 98-3400, 98-4218, 99-3797 | Appeal from the United States District Court for the Southern District of Illinois. |
| UNITED STATES OF AMERICA,<br>　　　　　　*Plaintiff-Appellee*, | |
| | Nos. 98 CR 30035 & 98 CR 30053 |
| *v.* | |
| | **Paul E. Riley**, *Judge*. |
| DENNIS M. MC GIFFEN and WALLACE S. WEICHERDING,<br>　　　　　　*Defendants-Appellants*. | |

**O R D E R**

The opinion issued by this Court on September 21, 2001 is amended as follows:

Page 1, paragraph one: the order of the judges should read:

Before RIPPLE, DIANE P. WOOD and EVANS, *Circuit Judges*.

Page 5, first full paragraph, line 9: "Evansville" should read "Edwardsville."

**SO ORDERED.**